*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  July 2, 2015                    519689
_____

In the Matter of the Claim of
    ROBERT A. BENSON,
                    Respondent.

MASTROIANNI BROS., INC.,                    MEMORANDUM AND ORDER
                    Appellant.

COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  April 22, 2015

Before:  Lahtinen, J.P., Garry, Lynch and Clark, JJ.

_____

        McNamee, Lochner, Titus & Williams, PC, Albany (Scott C. Paton of counsel), for appellant.

        Bruce E. Knoll, Albany, for Robert A. Benson, respondent.

        Eric T. Schneiderman, Attorney General, New York City (Steven Koton of counsel), for Commissioner of Labor, respondent.

_____

Lahtinen, J.P.

        Appeals from two decisions of the Unemployment Insurance Appeal Board, filed December 2, 2013, which ruled that Mastroianni Bros., Inc. was liable for additional unemployment insurance contributions on remuneration paid to claimant and others similarly situated.

        The dispositive issue in this appeal is controlled by our decision in the companion case of Matter of Mastroianni Bros., Inc. (Commissioner of Labor) (___ AD3d ___ [2015] [decided

herewith]).  Substantial evidence supports the Unemployment Insurance Appeal Board's decisions that claimant, a driver/distributor for Mastroianni Bros., Inc., was an employee for purposes of unemployment insurance.

     Garry, Lynch and Clark, JJ., concur.

     ORDERED that the decisions are affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court